UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

EDWIN N. BARONE #M12951
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.    Case No: 15-50234
(To be supplied by the Clerk of this Court)

Wexford Health Services
Dr. Dominguez
Dr. Wahl
N.P. Tuell
P.A. Dyer

**RECEIVED**

SEP 2 1 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

X    COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
     U.S. Code (state, county, or municipal defendants)

___  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
     28 SECTION 1331 U.S. Code (federal defendants)

___  OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**
   A. Name: Edwin Barone
   B. List all aliases: None
   C. Prisoner identification number: M12951
   D. Place of present confinement: Dixon Corr. Center
   E. Address: 2600 N. Brinton Ave. Dixon, IL 61021

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: Wexford Health Services
      Title: Dr. Dominguez
      Place of Employment: Dixon Corr. Center
   B. Defendant: Wexford Health Services
      Title: Dr. Wahl
      Place of Employment: Dixon C.C.
   C. Defendant: Wexford Health Services
      Title: N.P. Tuell
      Place of Employment: Dixon C.C.

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

### III. Exhaustion of Administrative Remedies

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES (X) NO ( ) If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES (X) NO ( )

C. If your answer is YES:

1. What steps did you take?

I have sent nearly one dozen grievances and have had zero returned. All my grievances were marked emergency but never returned. I have only seven photocopies of the grievances I filed.

2. What was the result?

No action was taken by staff. I believe they deemed my grievances as frivolous and threw them in the garbage. They (I.D.O.C.) never responded to any of my grievances.

3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

Well I have only photocopies of my grievances to send to Springfield, but they have no executive descisions on them. So Springfield has nothing to base them on.

D. If your answer is NO, explain why not: I have sent photocopies to Springfield, yet not recieved any response to this point. My guess is nobody in I.D.O.C. wants to deal with my case.

3

E. Is the grievance procedure now completed? YES (X) NO (⊗)

F. If there is no grievance procedure in the institution, did you complain to authorities? YES (X) NO ( )

G. If your answer is YES:

1. What steps did you take? I wrote letters directly to Wexford here in Dixon and Wexford in Pittsburgh, Pennsylvania. No written response recieved. I asked N.P. Twell if she recieved my letters, and she said yes.

2. What was the result? Nothing, which is why I wish to bring Wexford to court and file lawsuit

H. If your answer is NO, explain why not:

4

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

    A. Name of case and docket number: _____

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D. List all defendants: _____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F. Name of judge to whom case was assigned: _____

    G. Basic claim made: _____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

V. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

In May 2015 I went to sick call here in Dixon Corr. Center for chest pains, dizziness, shortness of breath, trouble sleeping. A rather novice nurse from Wexford tried administering an E.K.G. test. He was unsuccessful on the first test connecting the leeds. On the second test the leeds were connected by a more experienced nurse. The test was performed correctly, but the results puzzled the nurses. I was given a third E.K.G. which was once again puzzling the nurses. They took my results to another nurse to read. I was then told I would be held overnight in the infirmary for observation, then I would see a doctor the next morning for a more thorough exam. Well the following morning I was promptly dismissed back to my housing unit having never seen any doctor, having never

been given any explanation to my results from 3 E.K.G. tests. I only heard from Nurse Tuell that I have a heart condition called Right Branch Bundle Block and that it can either be very serious or it may be benign and my life would continue to be somewhat normal. I WAS NEVER TOLD THE UNDERLYING ISSUES AS TO WHY I HAVE THIS CONDITION, what contributes to this condition, how to live with this condition, if I need any treatment for this heart condition ie; medications, special diet, exercise etc. I believe since my outdate is approaching Wexford does not wish to give me any treatment. I signed back up for sick call because my conditions still exist (chest pains, dizziness, shortness of breath). I saw Dr. Dominguez about 6 weeks later asking her for treatment for my Right Branch Bundle Block because of chest pains. Her response was and I quote; "You should not come to prison because this is what you get." This is perposterous. My chest pains, dizziness, shortness of breath have not gone away.

VI.   Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to have Wexford treat my heart condition, or ask I.D.O.C. to allow me to pay out of my pocket to get help for my heart condition. If not I would like Wexford to pay me for 8th Amendment violations, Mental anguish, emotional distress. These doctors swore an oath to help people, not make us suffer because of budget constraints. I have chest pain everyday. My heart is not well. Wexford must pay for my suffering

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __17__ day of __Sept__, 20__15__

_Edwin Barone_
(Signature of plaintiff or plaintiffs)

_Edwin Barone_
(Print name)

_M-12951_
(I.D. Number)

_Dixon Correctional Center_
_2600 N. Brinton Ave._
_Dixon, IL 61021_
(Address)

IN THE
_____
_____

Edwin Barone #M12951
Plaintiff,

v.

Wexford Health Services
Dr. Dominguez, Dr. Wahl, N.P. Tuell, P.A. Dyer
Defendant

Case No. _____

## PROOF/CERTIFICATE OF SERVICE

TO: Clerk of Court
Stanley J. Roszkowski
327 S. Church St
Rockford, IL 61101

TO: _____
_____
_____
_____

PLEASE TAKE NOTICE that on _____, 20___, I have placed the documents listed below in the institutional mail at  DIXON  Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: Finacial Affadavit, 1983 form, Motion for Appointment of Council.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 9-16-2015

/s/ Edwin N Barone
NAME: Edwin Barone
IDOC#: M12951
 DIXON  Correctional Center
P.O. BOX 61021
 DIXON , IL 61021

Subscribed and Sworn to before me this 16th day of Sept, 2015.

Sally A Joos
Notary Public

"OFFICIAL SEAL"
SALLY A. JOOS
Notary Public, State of Illinois
My Commission Expires 07/12/2016

Revised Jan 2002

Sept. 17th, 2015

Please can someone help me bring Wexford Health Services to court for not treating my heart condition. I am suffering psyichally & mentally by their nefarious ways to practice medicine.

I have never filled out this kind of paper work, so please forgive me if it is not satisfactory or to your standards. I strongly believe I have a case. Please help me bring about a lawsuit. Thank you.

Respectfully,

Edwin Barone #M12951

Edwin N. Barone # M12951
Dixon Correctional Center
2600 N. Brinton Ave.
Dixon, IL 61021

U.S. District Court
Western Division
Stanley J. Roszkowski
327 S. Church St.
Rockford, IL 61101

— Legal Mail —